**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| KIMBERLY HELBIG, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 16-cv-00417-JPG-DGW |
| PHILLIPS 66 COMPANY, | ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of **Phillips 66 Company** and against **Kimberly Helbig**. This matter is **DISMISSED** with prejudice.

**DATED:** 6/14/2017        **Justine Flanagan**
                **Acting Clerk of Court**


                *s/ Tina Gray*
                **Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
        **J. PHIL GILBERT**
        **U.S. DISTRICT JUDGE**